**Coy Ray PHELPS, Plaintiff–Appellant,**

v.

**John ASHCROFT; Kathleen Hawk–Sawyer, Defendants–Appellees.**

No. 03–7087.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 23, 2003.

Decided Oct. 31, 2003.

Coy Ray Phelps, Appellant Pro Se.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Coy Phelps appeals the district court's orders dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), as frivolous. *See* 28 U.S.C. § 1915A(b)(*l*) (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Phelps v. Ashcroft,* No.

CA–03–461–5–H (E.D.N.C. July 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*